# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**JESSIE J. DAVIS,**

    **Plaintiff,**

**vs.**                                      **Case No. 4:16cv133-RH/CAS**

**PORTER OWNERS OF BULL RUNS**
**et al.,**

    **Defendants.**

_____/

## ORDER AND REPORT AND RECOMMENDATION

Plaintiff, who is *pro se*, submitted a civil rights complaint on March 10, 2016. ECF No. 1. Plaintiff also filed a motion seeking leave to proceed in forma pauperis. ECF No. 2. Plaintiff's financial affidavit demonstrates good cause for granting the in forma pauperis motion. The Clerk of Court shall file the complaint without requiring payment of the filing fee.

Federal law permits a United States District Court to dismiss a case filed in forma pauperis, if it is satisfied that the action is frivolous or malicious. The Supreme Court has recognized two types of cases which

may be dismissed, sua sponte, pursuant to 28 U.S.C. § 1915.  <u>Neitzke v. Williams</u>, 490 U.S. 319, 109 S. Ct. 1827, 1833, 104 L. Ed. 2d 338 (1989).  The first class of cases have "claim(s) based on an indisputably meritless legal theory," and the second class contains "claims whose factual contentions are clearly baseless."  *Id.*  The complaint submitted by Plaintiff Jessie J. Davis is incomprehensible and unintelligible.  Because the complaint does not demonstrate an arguable basis in law and appears to be removed from reality, dismissal is appropriate.  <u>Sultenfuss v. Snow</u>, 894 F.2d 1277 (11th Cir. 1990) (citing <u>Neitzke</u>).

Accordingly, it is **ORDERED** that Plaintiff's motion to proceed in forma pauperis, ECF No. 2, be **GRANTED**.

**RECOMMENDATION**

In light of the foregoing, it is respectfully **RECOMMENDED** that this action be **DISMISSED** for failure to state a claim upon which relief may be granted.

**IN CHAMBERS** at Tallahassee, Florida, on March 30, 2016.

     s/    Charles A. Stampelos  
**CHARLES A. STAMPELOS**  
**UNITED STATES MAGISTRATE JUDGE**

# **NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**