IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JESSIE J. DAVIS,

    Plaintiff,

v.                                  CASE NO. 4:16cv133-RH/CAS

PORTER OWNERS OF BULL RUNS
et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5. No objections have been filed. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is ACCEPTED and adopted as the court's opinion.

2. The clerk must enter judgment stating, "This case is dismissed."

3. The motion to appoint an attorney, ECF No. 6, is denied.

4. The clerk must close the file.

SO ORDERED on May 8, 2016.

                                        s/Robert L. Hinkle
                                        United States District Judge